**PAHL & McCAY**
A Professional Corporation
**Stephen D. Pahl, Esq.** (State Bar No. 95900)
**Ginger L. Sotelo, Esq.** (State Bar No.210429)
225 West Santa Clara Street
Suite 1500
San Jose, California 95113-1752
Telephone No.: (408) 286-5100
Facsimile No.: (408) 286-5722

**\*\*E-Filed 12/2/2009\*\***

Attorneys for Plaintiff
PS BUSINESS PARKS, LP

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PS BUSINESS PARKS, LP,<br><br>Plaintiff,<br><br>v.<br><br>PYCON, INC., PHILIP WONG, BERNIE CHONG, DANIEL CHEN, TECHNITRON, INC., AYUB RAJPUT, ISHAQUE RAJPUT, GUL HAMID, JOHN PAPAGNI, and ROBB EVANS & ASSOCIATES, LLC,<br><br>Defendants. | Case No. C0902759JF<br>**CONTINUING**<br>**ORDER ~~AFTER~~ CASE MANAGEMENT CONFERENCE**<br><br>Date: December 4, 2009<br>Time: 10:30 am<br>Courtroom 3, 5th Floor |

~~A case management was held in this matter on December 4, 2009.~~ Based on the Joint Case Management Conference Statement filed by the parties and the representations made by counsel during the conference, the Court orders as follows:

   a.   The parties will proceed to an early settlement conference, to be completed in January 2010;

   b.   A further Case Management Conference will be held on ___February 12, 2010___ at ___10:30 a.m.___;

   c.   If this matter is not fully resolved at the early settlement conference, all counsel will meet and confer, as required by Rule 26, prior to the continued Case Management Conference, and shall file an updated Joint Case Management Conference

///

---

**ORDER AFTER CASE MANAGEMENT CONFERENCE**    1    (Case No. C0902759JF)

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

3645.002
00164020.WPD

1  Statement to include a discovery and trial schedule.
2  **IT IS SO ORDERED**.
3  Dated:  12/1/2009



4
5  United States District Court Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

3645.002
00164020.WPD

----------------------          2          ----------------------
**ORDER AFTER CASE MANAGEMENT CONFERENCE**          (Case No. C0902759JF)