**PAHL & McCAY**
A Professional Corporation
**Stephen D. Pahl, Esq.** (State Bar No. 95900)
**Ginger L. Sotelo, Esq.** (State Bar No.210429)
**Anthony J. Adair, Esq.** (State Bar No.246811)
225 West Santa Clara Street
Suite 1500
San Jose, California 95113-1752
Telephone No.:  (408) 286-5100
Facsimile No.:  (408) 286-5722

Attorneys for Plaintiff
PS BUSINESS PARKS, LP

## UNITED STATES DISTRICT COURT

## THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PS BUSINESS PARKS, LP,  )<br>  )<br>          Plaintiff,  )<br>  )<br>v.  )<br>  )<br>PYCON, INC., et al.,  )<br>  )<br>          Defendants.  )<br>_____ ) | Case No. C0902759JF<br><br>**ORDER ALLOWING VOLUNTARY DISMISSAL OF DEFENDANTS WITHOUT PREJUDICE** |

Upon review and consideration of the request of Plaintiff PS BUSINESS PARKS, LP requesting a voluntary dismissal of Defendants BERNIE CHONG and ROBB & EVANS ASSOCIATES, LLC, without prejudice.

**IT IS HEREBY ORDERED** that:

1.  Defendant BERNIE CHONG is hereby dismissed without prejudice from this action; and,

2.  Defendant ROBB & EVANS & ASSOCIATES, LLC is hereby dismissed without prejudice from this action.

**IT IS SO ORDERED**.

Dated: 3/8/10

_____
Honorable Jeremy Fogel
United States District Court

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

3645.002
00171526.WPD

--------------------- 1 ---------------------
**ORDER ALLOWING VOLUNTARY DISMISSAL OF . . .** (Case No. C0902759JF)