1  RALPH J. SWANSON, CA STATE BAR NO. 67751
   HEATHER H. MUNOZ, CA STATE BAR NO. 240832
2  BERLINER COHEN
   TEN ALMADEN BOULEVARD
3  ELEVENTH FLOOR
   SAN JOSE, CALIFORNIA 95113-2233
4  TELEPHONE: (408) 286-5800
   FACSIMILE: (408) 998-5388
5  ralph.swanson@berliner.com
   heather.munoz@berliner.com
6
   ATTORNEYS FOR DEFENDANTS JOHN PAPAGNI AND
7  TECHNITRON, INC.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE

| | |
|---|---|
| 11  PS BUSINESS PARKS, LP, | CASE NO.  C 09 02759 JF-PVT |
| 12          Plaintiff, | REQUEST FOR VOLUNTARY DISMISSAL OF CROSS-DEFENDANT BERNIE CHONG WITHOUT PREJUDICE |
| 13       v. | |
| 14  PYCON, INC., et al., | |
| 15          Defendants. | |
| 16 | |
| 17  TECHNITRON, INC. and JOHN PAPAGNI, | |
|          Cross-Claimants. | |
| 18 | |
| 19       v. | |
| 20  PYCON, INC., PHILIP WONG, BERNIE CHONG, DANIEL CHEN, AYUB RAJPUT, ISHAQUE RAJPUT, GUL HAMID, and ROB EVANS & ASSOCIATES, LLC. | |
| 21 | |
| 22          Cross-Defendants. | |
| 23  AND RELATED CROSS-ACTIONS. | |
| 24 | |

25  ///

26  ///

27  ///

28  ///

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c), defendants and cross-claimants John Papagni and TechniTron, Inc. hereby request that the Clerk of the above-entitled Court dismiss their cross-claims against cross-defendant Bernie Chong.

DATED: MARCH 31, 2010     BERLINER COHEN

BY: */S/ HEATHER H. MUNOZ*
HEATHER H. MUNOZ
ATTORNEYS FOR DEFENDANTS JOHN PAPAGNI AND TECHNITRON, INC.

### ORDER

Upon review and consideration of the request of defendants and cross-claimants John Papagni and TechniTron, Inc. for the voluntary dismissal of their cross-claims against Bernie Chong without prejudice, IT IS SO ORDERED.

DATED: APRIL 2, 2010

HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT