RALPH J. SWANSON, CA STATE BAR NO. 67751
HEATHER H. MUNOZ, CA STATE BAR NO. 240832
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
ralph.swanson@berliner.com
heather.munoz@berliner.com

ATTORNEYS FOR DEFENDANTS JOHN PAPAGNI AND TECHNITRON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| PS BUSINESS PARKS, LP,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PYCON, INC., et al.,<br><br>　　　　　Defendants. | CASE NO.  C 09 02759 JF-PVT<br><br>REQUEST FOR VOLUNTARY DISMISSAL OF CROSS-DEFENDANT ROBB EVANS & ASSOCIATES, LLC WITHOUT PREJUDICE |
| TECHNITRON, INC. and JOHN PAPAGNI,<br><br>　　　　　Cross-Claimants.<br><br>　　v.<br><br>PYCON, INC., PHILIP WONG, BERNIE CHONG, DANIEL CHEN, AYUB RAJPUT, ISHAQUE RAJPUT, GUL HAMID, and ROB EVANS & ASSOCIATES, LLC.<br><br>　　　　　Cross-Defendants. | |
| AND RELATED CROSS-ACTIONS. | |

///

///

///

///

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c), defendants and cross-claimants John Papagni and TechniTron, Inc. hereby request that the Clerk of the above-entitled Court dismiss their cross-claims against cross-defendant Robb Evans & Associates, LLC.

DATED: APRIL 1, 2010                    BERLINER COHEN

                                            BY: */S/ HEATHER H. MUNOZ*
                                                 HEATHER H. MUNOZ
                                                 ATTORNEYS FOR DEFENDANTS JOHN PAPAGNI
                                                 AND TECHNITRON, INC.

## ORDER

Upon review and consideration of the request of defendants and cross-claimants John Papagni and TechniTron, Inc. for the voluntary dismissal of their cross-claims against cross-defendant Robb Evans & Associates, LLC without prejudice, IT IS SO ORDERED.

DATED: APRIL 7, 2010

HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT

CASE NO. C 09 02759 JF-PVT

-2-

REQUEST FOR VOLUNTARY DISMISSAL OF CROSS-DEFENDANT ROBB EVANS & ASSOCIATES, LLC WITHOUT PREJUDICE

\HMUNOZ\814794.1
040110-09641003