**PAHL & McCAY**
A Professional Corporation
**Stephen D. Pahl, Esq.** (State Bar No. 95900)
**Ginger L. Sotelo, Esq.** (State Bar No.210429)
225 West Santa Clara Street
Suite 1500
San Jose, California 95113-1752
Telephone No.: (408) 286-5100
Facsimile No.: (408) 286-5722

Attorneys for Plaintiff
PS BUSINESS PARKS, LP

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PS BUSINESS PARKS, LP,<br><br>            Plaintiff,<br><br>v.<br><br>PYCON, INC., PHILIP WONG, BERNIE CHONG, DANIEL CHEN, TECHNITRON, INC., AYUB RAJPUT, ISHAQUE RAJPUT, GUL HAMID, JOHN PAPAGNI, and ROBB EVANS & ASSOCIATES, LLC,<br><br>            Defendants. | Case No. C0902759JF<br><br>**ORDER RE: ALTERNATIVE DISPUTE RESOLUTION** |

Based upon the stipulation of the parties hereto, and reasonable justification therefore, **IT IS HEREBY ORDERED** that:

(1) The parties shall have until __11/12/10__, to complete mediation in this matter; and

(2) The Further Case Management Conference set in this matter on June 11, 2010, is continued to __11/19/10__, at __10:30 a.m.__.

**IT IS SO ORDERED.**

Dated: 5/28/10

_____
Honorable Jeremy Fogel
United States District Court

---

**ORDER RE: ALTERNATIVE DISPUTE RESOLUTION**                                   (Case No. C0902759JF)

1