Javed I. Ellahie (SBN 63340)
Omair M. Farooqui (SBN 207090)
Lawrence M. Boesch (SBN 114658)
Ellahie & Farooqui LLP
12 South First Street, Suite 600
San Jose, California 95113
Telephone: (408) 294-0404
Facsimile: (408) 294-6659

Attorneys for Cross-Defendants ISHAQUE RAJPUT, AYUB RAJPUT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PS BUSINESS PARKS, LP, | Case No: C 09 02759 |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY AND [~~PROPOSED~~] ORDER** |
| vs. | |
| PYCON, INC., PHILIP WONG, BERNIE CHONG, DANIEL CHEN, TECHNITRON, INC., AYUB RAJPUT, ISHAQUE RAJPUT, GUL HAMID, JOHN PAPAGNI, and ROBB EVANS & ASSOCIATES, LLC, | |
| Defendants. | |
| AND RELATED CROSS-CLAIMS | |

1. The name of the party making this Substitution of Attorney is: <u>Gul Hamid</u>.

2. The name, address, and telephone number of the new attorney (in pro per) is:

   Gul Hamid (in pro per)

   408-799-8029

SUBSTITUTION OF ATTORNEY (GUL HAMID)
Case No. C 09 02759
Page 1

Ellahie & Farooqui LLP
12 South First Street, Suite 600
San Jose, California 95113
Telephone: 408-294-0404/Facsimile: 408-294-6659

```
 1    19312 Kervin Ranch Court
 2    Saratoga, CA 95070
 3  3.  Gul Hamid is substituted as in pro per in place and stead of the Present Attorney
 4    Ellahie & Farooqui LLP.
 5
 6
 7    I consent to the above substitution.
 8
 9    Dated: January 24, 2011                    _____
10                                               GUL HAMID
11
12                                               ELLAHIE & FAROOQUI LLP
13
14    Dated: January 24, 2011                    _____
15                                               Javed I. Ellahie, Esq.
                                                 Omair M. Farooqui, Esq.
16                                               Larry M. Boesch, Esq.
                                                 Attorneys for Cross-Defendants ISHAQUE
17                                               RAJPUT and AYUB RAJPUT
18
19                          (PROPOSED) ORDER
20    BASED ON THE above, IT IS NOW ORDERED the substitution of GUL HAMID
21  (in pro per) in place and stead of Ellahie & Farooqui LLP.
22
23    Dated: 1-31-11                             _____
24                                               Honorable Jeremy Fogel
                                                 United States District Judge
25
```

SUBSTITUTION OF ATTORNEY (GUL HAMID)
Case No. C 09 02759
Page 2

Ellahie & Farooqui LLP
12 South First Street, Suite 600
San Jose, California 95113
Telephone: 408-294-0404/Facsimile: 408-294-6659