UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, February 25, 2011     Time: 5 mins
**Case Number:** CV-09-2759-JF

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Lee-Anne Shortridge

TITLE:         PS BUSINESS PARKS  V. PYCON, INC., ET AL

                PLAINTIFF                                          DEFENDANT

**Attorneys Present:** Ginger Sotelo         **Attorneys Present:** Heather Munoz, Javed Ellahie
                                                                                                 Daniel Herns

PROCEEDINGS:

      Further case management conference held.  Parties are present. The Court sets the case for jury selection on 9/23/11 at 1:30 p.m., jury trial on 9/26/11 at 9:00 a.m. and pretrial conference on 9/16/11 at 11:00 a.m.