IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PS Business Parks, LP, | NO. C 09-02759 JW |
| Plaintiff, | **ORDER SETTING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| Pycon, Inc., et al., | |
| Defendants. | |

This case was transferred to Chief Judge James Ware on September 28, 2011. (See Docket Item No. 67.) On October 11, 2011, the parties filed a Joint Case Management Statement requesting that a Case Management Conference be scheduled. (Docket Item No. 70 at 7.)

Upon review and based on the parties' representation that discovery is closed, the Court finds good cause to set a Preliminary Pretrial Conference for this case. The Court sets **January 30, 2012 at 11 a.m.** for a Pretrial Conference. On or before **January 20, 2012**, the parties shall file a Joint Statement including, *inter alia*, a good faith proposed trial schedule.

Dated: December 20, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Anthony Jay Adair aadair@pahl-mccay.com
Daniel G. Herns dherns@aol.com
Ginger L. Sotelo gsotelo@pahl-mccay.com
Javed Inam Ellahie ellahie@gmail.com
Michael Jin-Kon Cheng mcheng@pahl-mccay.com
Michael William Malter Michael@bindermalter.com
Omair Maqsood Farooqui ofarooqui@ellfarlaw.com
Ralph John Swanson rjs@berliner.com
Stephen Donald Pahl spahl@pahl-gosselin.com

**Dated:  December 20, 2011**          **Richard W. Wieking, Clerk**

                                       **By:    /s/ JW Chambers**
                                              **Susan Imbriani**
                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California